**1130**

HERTZ, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Harry P. Hertz against the Manhattan Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOFF, Appellant, v. ROYAL METAL FURNITURE CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Annie C. Hoff against the Royal Metal Furniture Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HOLBROOK, Appellant, v. FISH et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Isaac S. Holbrook against Edmund Fish and others. No opinion. Order modified, by inserting a provision limiting the operation of the injunction until the costs of the previous action have been paid, and, as modified, affirmed, without costs.

HOLMBERG, Appellant, v. HASKELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Ruth Holmberg against Julia Haskell. PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that upon all the evidence in the case there was a question of fact which should have been submitted to the jury.

In re HONN. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) In the matter of the petition of Adelaide Honn for an order revoking and canceling liquor tax certificate No. 16,642, issued to John W. Simpson. No opinion. Order affirmed, with costs.

HUGHES, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Alfred Hughes against the New York Times Company. PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over on payment of costs within 20 days, on the authority of Hughes v. New York Evening Post, 115 App. Div. 611, 100 N. Y. Supp. 982.

HUMMELL, et al., Respondents, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Peter M. Hummell and others against Frank B. Reynolds. PER CURIAM. Order modified, by striking out provisions requiring items of the alleged counterclaim, and, as modified, affirmed, without costs. COCHRANE, J., votes for reversal.

INGRAHAM et al., Respondents, v. INTERNATIONAL SALT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Frances T. Ingraham and others against the International Salt Company and others, as receivers of the National Salt Company. No opinion. Order affirmed by default, with $10 costs and disbursements. See 100 N. Y. Supp. 192.

INGRAHAM et al., Respondents, v. INTERNATIONAL SALT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Frances T. Ingraham and others against the International Salt Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See 100 N. Y. Supp. 192.

JACOBS, Appellant, v. SILVER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Morris Jacobs against Max Silver and another. No opinion. Appeal dismissed, without costs.

JACOBS, Respondent, v. SILVER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Morris Jacobs against Max Silver and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

JARVIS, Appellant, v. KRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by George W. Jarvis against Philip Kron, as treasurer of Gerard Commandery, No. 254, of the Ancient & Illustrious Order of Knights of Malta. No opinion. Orders affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Anna L. Johnson against the board of education of the city of New York. No opinion. Judgment unanimously affirmed, with costs.

JOHNSON, Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Christina Johnson against John J. Manning, as president, etc. No opinion. Motion to dismiss appeal granted, with $10 costs.

JONES, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Thomas D. Jones against the New York Contracting Company, Pennsylvania Terminal. No opinion. Motion for a stay pending appeal denied, with costs.

JONES, Respondent, v. STINES, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Howard

S. Jones against Burton F. Stines. No opinion. Judgment of the Municipal Court affirmed, with costs.

KELLY, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by John Kelly against the Boston & Maine Railroad. No opinion. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

KELLY, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Jennie Kelly against John Kelly. I. N. Jacobson, for appellant. J. F. Lynch, for respondent. No opinion. Order reversed, and motion granted, allowing $25 a week alimony and $100 counsel fee, without costs. Settle order on notice.

KENNEDY, Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by James C. Kennedy against Lazarus Weil, as executor of the estate of Jacob Weil, deceased. No opinion. Judgment unanimously affirmed, with costs.

KILLIAN, Respondent, v. BLUMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Frank Killian against Henry Blumgarten. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KINLEN, Appellant, v. RUNYON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by James E. Kinlen against Carman R. Runyon and others. No opinion. Order reversed on argument, with $10 costs and disbursements.

KIRBY, Plaintiff, v. LOCKPORT PAPER CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by William Kirby, an infant, by Anna Kirby, his guardian ad litem, against the Lockport Paper Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that the question as to whether, under the labor law (see Laws 1897, p. 480, c. 415, § 81, as amended by Laws 1904, p. 640, c. 291), the shafting should have been guarded, was a question of fact for the jury, and not one of fact for the court.

McLENNAN, P. J., not sitting.

In re KNOWLES. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Frank E. Knowles for admission to the bar. No opinion. Application granted.

KRAUSS, Appellant, v. McCAULEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Jacob C. Krauss against Isabella McCauley. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KREBS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John A. Krebs against the city of New York. No opinion. Judgment unanimously affirmed, with costs.

LAMB, Appellant, v. McNEIL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Albert F. Lamb against Catherine McNeil.

PER CURIAM. Order affirmed, with costs. Held, that the granting of the new trial was within the discretion of the trial court.

LAMB, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Annie Lamb against John Miller.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

In re LAPETINA. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Rocco Louis Lapetina for admission to the bar. No opinion. Application granted.

LAUBENTRACHT, Respondent, v. KATZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by George Laubentracht against Abraham Katz and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LAW REPORTING CO. v. DOMINION COAL CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by the Law Reporting Company against the Dominion Coal Company. No opinion. Motion denied. Order filed.

LE ROY HYDRAULIC GAS CO., Appellant, v. CACCAMISE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by the Le Roy Hydraulic Gas Company against Antonio Caccamise. No opinion. Judgment affirmed, with costs.

LESNICK, Respondent, v. SEARLES, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Matthew J. Lesnick against Stephen H. Searles. No opinion. Judgment of the City Court of Yonkers unanimously affirmed, with costs.

LEVIN et al., Respondents, v. DIETZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action